IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAKEL SHAMARIAN GREEN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:26-CV-786-CDL-ALS |
| E. MOORE, *et al.*, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 10/21/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk